STATE OF LOUISIANA

VERSUS

CHARLES MCQUARTER III

NO. 25-K-51

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

*Wiseman*

Linda Wiseman
First Deputy, Clerk of Court

February 06, 2025

Linda Wiseman
First Deputy Clerk

**IN RE** CHARLES MCQUARTER III

**APPLYING FOR** SUPERVISORY WRIT FROM THE FORTIETH JUDICIAL DISTRICT COURT, PARISH OF ST JOHN THE BAPTIST, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE J. STERLING SNOWDY, DIVISION "C", NUMBER 14,169

Panel composed of Judges Marc E. Johnson,
Stephen J. Windhorst, and John J. Molaison, Jr.

**WRIT DENIED**

The writ application is deficient under the Uniform Rules and Courts of Appeal Rules 4-2 and 4-3. Specifically, the relator has not included a notice of intent or evidence of a return date.

More importantly, the relator has failed to provide a ruling for our review, either in the form of a minute entry, written judgment, or a transcript of the trial court's oral judgment, as required by URCA Rule 4-5. We also do not have a copy of the original motion, the bill of information, or the State's opposition. The argument of counsel is not evidence.

Because the relator has provided no basis for this Court to consider the merits of his writ application, we deny relief on the showing made.

Gretna, Louisiana, this 6th day of February, 2025.

**JJM**
**MEJ**
**SJW**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **02/06/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**25-K-51**

### E-NOTIFIED

40th District Court (Clerk)
Honorable J. Sterling Snowdy (DISTRICT JUDGE)
No Attorney(s) were ENOTIFIED          Sammons K. Corbett (Relator)

### MAILED

Jacob G. Longman (Relator)
Kathryn J. Burke (Relator)
Attorney at Law
830 Main Street
Baton Rouge, LA 70802

Honorable Bridget A. Dinvaut
(Respondent)
District Attorney
Fortieth Judicial District
Parish of St. John the Baptist
1342 La. Highway 44
Reserve, LA 70084